EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2006 TSPR 96 |
| | 168 DPR _____ |
| María del Carmen Blanes García | |

Número del Caso: TS-13368

Fecha: 2 de junio de 2006

Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja Voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

María del Carmen Blanes García          TS-13368


RESOLUCION

San Juan, Puerto Rico, a 2 de junio de 2006

Atendida la carta presentada por la Lcda. María del Carmen Blanes García de fecha 16 de febrero de 2006 solicitando su renuncia voluntaria al ejercicio de la abogacía, así como la Moción Contestando Resolución presentada por el Colegio de Abogados de Puerto Rico el 8 de mayo de 2006, se autoriza a la Lcda. María del Carmen Blanes García a darse de baja voluntariamente del ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo